Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | CASE NO. 5:10-cv-01415-LHK |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~) |
| v. | |
| JOHN P. QUACH, et al. | |
| Defendants. | |

TO THE HONORABLE LUCY H. KOH, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff G & G Closed Circuit Events, LLC, hereby applies *ex parte* for an order continuing the Case Management Conference presently set for September 3, 2010 at 9:30 AM.    As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the Amended Complaint upon the Defendants John P. Quach and Thien Tran a/k/a Hien Tran individually and d/b/a Am Tham, and Liem V. Ngo, individually and d/b/a Am Tham.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the

1  preparation of a Case Management Conference Statement.

2      Plaintiff recently identified an alternative address that it believes will be successful to serve

3  its initiating suit papers, upon the Defendants.

4      **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

5  Management Conference, presently scheduled for September 3, 2010 at 9:30 AM to a new date

6  approximately Thirty (30) to Forty-Five (45) days forward.

7

8

9                                          Respectfully submitted,

10

11

12

13  Dated: August 17, 2010              _/s/ Thomas P. Riley_____
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
14                                      By: Thomas P. Riley
                                        Attorneys for Plaintiff
15                                      G & G Closed Circuit Events, LLC

16
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

2

## ORDER (~~Proposed~~)

3      It is hereby ordered that the Case Management Conference in civil action number 5:10-cv-01415-

4  LHK styled *G & G Closed Circuit Events, LLC v. John P. Quach, et al*., is hereby continued from 9:30

5  AM, September 3, 2010 to November 3, 2010 at 2 PM.

6          Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of

7  Service of this Order with the Clerk of the Court.

8

9

10

11  **IT IS SO ORDERED**:

12

13

14  _____          Dated:  August 20, 2010_____

15  **THE HONORABLE LUCY H. KOH**

16  **United States District Court**
   **Northern District of California**

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**PLAINTIFF'S** *EX PARTE* **APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~)**
**CASE NO. 5:10-cv-01415-LHK**