UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, ) | Case No.: 10-CV-01415-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| JOHN P. QUACH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff G & G Closed Circuit Events, LLC, moves *ex parte* for an order vacating the Case Management Conference ("CMC") currently scheduled for November 3, 2010, on grounds that Plaintiff will soon file a motion for default judgment with the Court. Accordingly, the Court will continue the CMC to December 22, 2010, at 2 p.m. Plaintiff shall file a motion for default judgment within 30 days of this order.

**IT IS SO ORDERED.**

Dated: October 27, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01415-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE