1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | ) | Case No.: 10-CV-01415-LHK |
| Plaintiff, | ) | ORDER VACATING CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| JOHN P. QUACH, et al., | ) | |
| Defendants. | ) | |

A Case Management Conference is currently scheduled for December 22, 2010.  However, the Defendant has not appeared or served an Answer in this action, and Plaintiff has filed a motion for default judgment to be heard on March 3, 2011.  Accordingly, the Court VACATES the Case Management Conference.  If necessary, a Case Management Conference will be held following the motion hearing on March 3, 2011.

**IT IS SO ORDERED.**

Dated: December 17, 2010

_____

LUCY H. KOH
United States District Judge

1